THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00156-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WALTER N. ESTES, ALAN TODD GREENE, SAVANNAH ROSE FORESTRY, LLC, and ROY STANFORD BRISTOL, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Transfer This Case to the Statesville Division [Doc. 16].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 16] is **GRANTED**. The Clerk of Court is hereby directed to transfer this civil action to the Statesville Division.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge