# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-145-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WALTER N. ESTES; SAVANNAH ROSE ) | |
| FORESTRY, LLC; ALAN TODD GREENE; ) | |
| and ROY STANFORD BRISTOL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling and mediation. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned notes that this Court established a *Pro Se* Settlement Assistance Program in October 2013. See http://www.ncwd.uscourts.gov/pro-se-settlement-assistance-program. The program is available for voluntary application to most cases in which any party appears *pro se*. Typically, the program does not apply to cases in which the U.S. Government is a party; however, the undersigned finds that the program should be available in this case. Moreover, counsel for the United States has expressed consent to the *pro se* litigants participating in the program in this case.

The undersigned will, therefore, direct the Clerk's Office to provide the *pro se* Defendants with a "Notice Of Availability Of *Pro Se* Settlement Assistance Program" ("Opt In Notice"). Defendants are advised that mediation is required at some point during the pendency

of this litigation, and they are respectfully encouraged to carefully consider taking advantage of the *Pro Se* Settlement Assistance Program.

**IT IS, THEREFORE, ORDERED** that the Clerk's Office shall provide *pro se* Defendants with a Notice Of Availability Of Pro Se Settlement Assistance Program.

Signed: September 3, 2014

David C. Keesler
United States Magistrate Judge