IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-145-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WALTER N. ESTES, ALAN TODD ) | |
| GREENE, SAVANNAH ROSE ) | |
| FORESTRY, LLC, ROY STANFORD ) | |
| BRISTOL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Pending Settlement" (Document No. 44) notifying the Court that the parties reached a settlement on June 23, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **July 23, 2015**.

Signed: June 29, 2015

David C. Keesler
United States Magistrate Judge