**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-145-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WALTER N. ESTES, ALAN TODD ) | |
| GREENE, SAVANNAH ROSE ) | |
| FORESTRY, LLC, and ROY ) | |
| STANFORD BRISTOL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss With Prejudice" (Document No. 46) filed July 1, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff United States of America seeks to "dismiss this action with prejudice as to all defendants with all parties paying their own costs and attorney fees." (Document No. 46, p.1). Plaintiff further reports that it has entered into a settlement agreement with Defendant Walter N. Estes "that resolves all issues in this lawsuit." Id. Plaintiff notes that Defendants Walter N. Estes and Roy Stanford Bristol consent to the dismissal of this case, and that Plaintiff "sees no value in continuing this action against the remaining defendants." (Document No. 46, p.2).

**IT IS, THEREFORE, ORDERED** that the "Motion To Dismiss With Prejudice" (Document No. 46) is **GRANTED**. This action shall be **DISMISSED** in its entirety with prejudice, with all parties paying their own costs and attorney's fees.

**SO ORDERED**.

Signed: July 6, 2015

David C. Keesler
United States Magistrate Judge